# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1769-JLS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| LUIS ALBERTO ARBALLO-FIGUEROA, | |
| Defendant | |

Good cause appearing, the parties' joint motion for a continuance of the Motion Hearing/Trial Setting is hereby GRANTED. The Motion Hearing/Trial Setting is continued from July 23, 2021 to September 24, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: July 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge