# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1769-JLS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| LUIS ALBERTO ARBALLO-FIGUEROA, | |
| Defendant | |

**FOR GOOD CAUSE**, the parties' joint motion for a continuance of the Motions Hearing is hereby GRANTED. The Motion Hearing/Trial Setting is continued from September 24, 2021 to October 29, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as 18 U.S.C. § 3161(h)(1)(D) .

**SO ORDERED.**

Dated: September 22, 2021

Hon. Janis L. Sammartino
United States District Judge