UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          Plaintiff, <br><br> v. <br><br> Luis Alberto Arballo-Figueroa <br><br> Defendant. | CASE NO. 21CR01769-001-JLS <br><br> O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for January 28, 2022 is vacated and reset to April 8, 2022 at 9:00.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:   12/16/2021

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record